UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-61757-CV-WILLIAMS

ACCESS FOR THE DISABLED, INC.,
*et al.*,

       Plaintiffs,
vs.

Z & Z DRAGON PEARL, INC. A Florida Corporation

       Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court upon Plaintiffs' Motion to Approve Settlement and to Dismiss with Prejudice. The Parties have now reached a settlement and request that this Court dismiss the case with prejudice. According, based on the foregoing, it is:

ORDERED AND ADJUDGED that the Plaintiffs' Motion to Approve Settlement and to Dismiss with Prejudice is GRANTED. This Court approves the Settlement Agreement attached as "Exhibit A" to the Motion to Approve Settlement and to Dismiss with Prejudice. Plaintiffs' cause of action is DISMISSED WITH PREJUDICE. This case is now CLOSED. All pending motions not otherwise ruled upon are DENIED AS MOOT. It is further

ORDERED AND ADJUDGED that this Court retains jurisdiction to enforce the approved Settlement Agreement between the Parties.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st day of September, 2011.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record

**SERVICE LIST**

Counsel for Plaintiffs
/s/ Douglas S. Schapiro
Bradley H. Trushin, Esq.
Florida Bar No. 816371
Douglas S. Schapiro
Fla. Bar #54538
Chepenik Trushin, LLP
Attorneys for Plaintiff
12550 Biscayne Boulevard
Suite 904
North Miami, FL 33181
Tele: 305-981-8889
Fax: 305-405-7979


Paul K. Silverberg, Esq.
Silverberg & Weiss, P.A.
1290 Weston Road, Suite 128
Weston, Florida 33326